IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| MOODY NATIONAL BANK, N.A. | § § | |
| VS. | § § § | CIVIL ACTION NO. G-10-589 |
| BYWATER MARINE, LLC, ET AL. | § | |

## FINAL JUDGMENT

On March 13, 2012, the Court granted the Motion for Summary Judgment of Plaintiff, Moody National Bank, N.A..

It is, therefore, **ORDERED, ADJUDGED** and **DECREED** that Plaintiff, Moody National Bank, N.A., **RECOVER** the sum of **$1,221,890.40** jointly and severally from Defendants Bywater Marine, LLC, Bywater Ludlow, LLC, Bywater Madison, LLC, Unimak Maritime Group, LLC and William J. Turner as the entire unpaid principal balance of the Promissory Note made the basis of this action; pre-judgment interest at the rate of **$164.75 per day** from March 23, 2012, until the date of the entry of this Final Judgment; post-judgment interest at the rate of _0.20%_ per annum; and all costs.

DONE at Galveston, Texas, this _23rd_ day of May, 2012.

_____
Gregg Costa
United States District Judge